# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                              **Case Number**   11–33681–KRH
                                                                        **Chapter**   13
Arthur B. Dean Jr.
Amy L. Dean

                  Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

    In order to receive a discharge, you <u>must</u>

        Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008–2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

    The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, or $160,375 if the case was filed on or after April 1, 2016, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  May 11, 2016                                William C. Redden , Clerk
                                                    United States Bankruptcy Court

[ntcLBRvApril2016.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 11-33681-KRH
Arthur B. Dean                                                            Chapter 13
Amy L. Dean
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: bullockn              Page 1 of 3          Date Rcvd: May 11, 2016
                              Form ID: nt400815           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2016.
```
db/jdb         +Arthur B. Dean, Jr.,    Amy L. Dean,    5000 Lippingham Ln,    Chester, VA 23831-6541
cr              American Honda Finance Corporation,    Steven L. Higgs, P.C.,    c/o Steven L. Higgs,
                 9 Franklin Road, S.W.,    Roanoke, VA 24011-2403
cr             +U.S. Department of Housing,    c/o Novad Management Consulting LLC,    2401 NW 23rd St., Ste. 1A1,
                 Oklahoma City, OK 73107-2442
cr             +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
cr             +WELLS FARGO BANK, NA,    Bierman, Geesing, Ward & Wood, LLC,    8100 Three Chopt Rd., Suite 240,
                 Richmond, VA 23229-4833
cr             +WELLS FARGO BANK, NA,    BWW Law Group, LLC,    8100 Three Chopt Road,    Suite 240,
                 Richmond, VA 23229-4833
cr             +Wachovia Mortgage Corporation c/o Wells Fargo Bank,    Bierman, Geesing Ward & Wood, LLC,
                 8100 Three Chopt Rd, Suite 240,    Richmond, VA 23229-4833
10491334       +Barclays Bank Delaware,    Attn: Customer Support Dept.,    P.O. Box 8833,
                 Wilmington, DE 19899-8833
10491336       +Brachfeld & Associates,    800 Sam Houston Pkwy,    Suite 200,    Houston, TX 77042-1914
10491341      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank USA,    Centralized Bankruptcy,    P.O. Box 20507,
                 Kansas City, MO 64195-0000)
10551052        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
10491338       +Capital One, N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
10529208       +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,TX 75374-0933
10491340       +Chase Card Services,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
10491342       +Commonwealth Anesthesia Assoc.,    9327 Midlothian Tpke,    P.O. Box 35808,
                 Richmond, VA 23235-0808
10491345       +Dominion Law Associates,    222 Central Park Ave,    Virginia Beach, VA 23462-3022
10491348       +Glasser and Glasser, P.L.C.,    580 East Main St., Ste. 600,    P.O. Box 3400,
                 Norfolk, VA 23514-3400
10491349       +HCA Healthcare,    Patient Account Services,    P.O. Box 13620,    Richmond, VA 23225-8620
10491350        HSBC Card Services,    Bankruptcy Department,    P.O. Box 5253,    Carol Stream, IL 60197-5253
10491352       +Sears,    Sears Bankruptcy Recovery,    7920 NW 110th St,    Kansas City, MO 64153-1270
12693452       +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting, LLC,
                 2401 N.W. 23rd St., Suite 1A1,    Oklahoma City, OK 73107-2442
10562755       +US Dept of H.U.D.,    C&L Service Corp,    2488 E 81st St. Suite 700,    Tulsa, OK 74137-4267
10491353       +Urosurgical Center of Richmond,    9105 Stony Point Drive,    Richmond, VA 23235-1979
10491355       +Virginia Urology,    Business Office,    9105 Stony Point Drive,    Richmond, VA 23235-1979
10583071       +Wells Fargo Bank, NA,    3476 Stateview Blvd.,,    MAC X7801-014,    Fort Mill, SC 29715-7203
11777653       +Wells Fargo Bank, NA,    Attn: Bankruptcy Department,    3476 Stateview Blvd.,MAC #D3347-014,
                 Fort Mill, SC 29715-7200
10491356       +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
10491357       +West End Orthopaedic Clinic,    P.O. Box 35725,    Richmond, VA 23235-0725
10491358       +Zwicker & Associates, P.C.,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2016 01:46:57     CJW MEDICAL CENTER,
                 c/o Resurgent Capital Services, PO Box 1,    Greenville, SC  29602
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2016 01:46:59
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2016 01:47:22
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: rmscedi@recoverycorp.com May 12 2016 01:47:18
                 Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
10491333        E-mail/Text: ebnbankruptcy@ahm.honda.com May 12 2016 01:44:41     American Honda Finance Corp.,
                 P.O. Box 168088,    Irving, TX 75016-0000
10578921        E-mail/Text: ebnbankruptcy@ahm.honda.com May 12 2016 01:44:41
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
10491335       +E-mail/Text: bankruptcy@bbandt.com May 12 2016 01:44:18     BB&T Bankruptcy Department,
                 M.C. 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
10491337       +E-mail/Text: bankruptcy@bbandt.com May 12 2016 01:44:18     Branch B&t,    Po Box 2306,
                 Wilson, NC 27894-2306
10523019        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2016 01:47:20     CJW MEDICAL CENTER,
                 c/o Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
10491339       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2016 01:46:32     Capital One, N.A.,
                 c/o American Infosource,    P.O. Box 54529,    Oklahoma City, OK 73154-1529
10491332       +Fax: 602-659-2196 May 12 2016 02:48:10     Check Systems,    Attn: Consumer Relations,
                 7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
10557326       +E-mail/Text: saxonl@chesterfield.gov May 12 2016 01:45:12     County of Chesterfield,
                 Richard A. Cordle, Treasurer,    9901 Lori Road, P.O. Box 70,    Chesterfield, VA 23832-0906
10491344       +E-mail/Text: saxonl@chesterfield.gov May 12 2016 01:45:12     County of Chesterfield,
                 Attn: Treasurer,    P.O. Box 26585,    Richmond, VA 23261-6585
```

```
District/off: 0422-7           User: bullockn            Page 2 of 3                  Date Rcvd: May 11, 2016
                               Form ID: nt400815         Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
10687222       E-mail/PDF: rmscedi@recoverycorp.com May 12 2016 01:46:27      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
10491347      +E-mail/PDF: gecsedi@recoverycorp.com May 12 2016 01:46:49      G.E. Money Bank,
                 Attn: Bankruptcy,    P.O. Box 103106,    Roswell, GA 30076-9106
10491346      +E-mail/PDF: gecsedi@recoverycorp.com May 12 2016 01:46:49      G.E. Money Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
10742102       E-mail/PDF: gecsedi@recoverycorp.com May 12 2016 01:46:23      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
11518970       E-mail/PDF: rmscedi@recoverycorp.com May 12 2016 01:47:18      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
10491330       E-mail/Text: cio.bncmail@irs.gov May 12 2016 01:44:13      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
10491351      +E-mail/Text: bnckohlsnotices@becket-lee.com May 12 2016 01:44:08       Kohl’s,
                 Collections Department,    P.O. Box 3084,    Milwaukee, WI 53201-3084
11749448       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2016 01:47:22       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
11544569       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2016 01:46:59       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
10682551      +E-mail/Text: bncmail@w-legal.com May 12 2016 01:44:42      OAK HARBOR CAPITAL III, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
10613878       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2016 01:47:19
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
11518445       E-mail/PDF: rmscedi@recoverycorp.com May 12 2016 01:46:54      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
11518446       E-mail/PDF: rmscedi@recoverycorp.com May 12 2016 01:47:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
10491343      +E-mail/Text: saxonl@chesterfield.gov May 12 2016 01:45:12      Treasurer Chesterfiled County,
                 Attn: Laura Saxon,    POB 70,    Chesterfield, VA 23832-0906
10491331       E-mail/Text: bkr@taxva.com May 12 2016 01:45:01      Commonwealth of Virginia,
                 Director of Finance,    P.O. Box 760,    Richmond, VA 23218-0760
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11544570*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
10708492*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541)
10711816*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
11518971*       Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
10707194      ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
10491354      ##+Verizon Wireless,    Bankruptcy Administration,    P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: bullockn              Page 3 of 3                   Date Rcvd: May 11, 2016
                              Form ID: nt400815           Total Noticed: 57
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2016 at the address(es) listed below:

```
          Andrew Todd Rich    on behalf of Creditor    WELLS FARGO BANK, NA bkvaecfupdates@bww-law.com
          Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
           om
          Jason Meyer Krumbein    on behalf of Joint Debtor Amy L. Dean jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;plutzky@krumbeinlaw.com
          Jason Meyer Krumbein    on behalf of Plaintiff Arthur B. Dean, Jr. jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;plutzky@krumbeinlaw.com
          Jason Meyer Krumbein    on behalf of Debtor Arthur B. Dean, Jr. jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;plutzky@krumbeinlaw.com
          Jason Meyer Krumbein    on behalf of Plaintiff Amy L. Dean jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;plutzky@krumbeinlaw.com
          Robert P. McIntosh    on behalf of Defendant    US Dept of Housing & Urban Dev
           Robert.McIntosh@usdoj.gov,    USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov
          Stephen B Wood    on behalf of Creditor    Wachovia Mortgage Corporation c/o Wells Fargo Bank, NA
           Stephen.Wood@bgw-llc.com,    BKVAECFUPDATES@bww-law.com
          Stephen B Wood    on behalf of Creditor    WELLS FARGO BANK, NA Stephen.Wood@bgw-llc.com,
           BKVAECFUPDATES@bww-law.com
          Steven L. Higgs    on behalf of Creditor    American Honda Finance Corporation
           higgs@higgslawfirm.com,    admin@higgslawfirm.com
          Susan Hope Call    on behalf of Trustee Carl M. Bates susancall@richchap13.com,
           station15@richchap13.com
                                                                                             TOTAL: 11
```